## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Winston Thomas Angers
Attorney at Law
P. O. Box 53502
Lafayette LA 70505

### REHEARING ACTION: May 5, 2010

**Docket Number: 09 01229-CA**

**LEE JOHNSON**
**VERSUS**
**STINE, LLC D/B/A STINE LUMBER AND ACE HARDWARE, ET AL.**

**Appealed from Acadia Parish Case No. 86,258**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Oswald A. Decuir**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lee Johnson** has this day been

    **DENIED.**

cc: James Ray Morris, Counsel for the Appellee